STATE OF OREGON,
*Respondent,*

*v.*

DENNIS WILLIAM CARDIFF,
*Appellant.*

00-12-39619; A115797

80 P3d 523

Jennelle Meeks Barton, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Doug M. Petrina, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Leeson, Judge pro tempore.

PER CURIAM

Affirmed. *State v. McCoin,* 190 Or App 532, 79 P3d 342 (2003).